**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Douglas DEBRUIN, Defendant– Appellant.**

**No. 03–10615.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2004.*

Decided Oct. 22, 2004.

Before: KLEINFELD, TASHIMA and GOULD, Circuit Judges.

## MEMORANDUM **

Douglas DeBruin appeals his conviction and 57–month sentence imposed following a guilty plea to being a felon in possession of a firearm and possession of a silencer, in

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

violation of 18 U.S.C. § 922(g) and 26 U.S.C. § 5861(d).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for DeBruin has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. DeBruin has filed a pro se supplemental brief. The government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and the pro se supplemental brief, discloses *no* grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.[1]

---

1. We decline to address any ineffective assistance of counsel claim on direct appeal. *See United States v. Hanoum*, 33 F.3d 1128, 1131–32 (9th Cir.1994) (observing that ineffective assistance claim is more properly raised by collateral attack under 28 U.S.C. § 2255, because it cannot be advanced without development of facts outside record).

